**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
SHARDHEEM "SHARDY" NIEVES,

                Plaintiff,

  -against-                                          22 **CIVIL** 10204 (MKV)

                                                          **JUDGMENT**

THE CITY OF NEW YORK, JAMES P. O'NEILL,
Former New York City Police Department
Commissioner, and JOHN DOES 1–7, Officers,
Employees, and Agents of the NYPD,

                Defendant.
-----------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated March 29, 2024, Defendant's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

       April 19, 2024

                                                           **RUBY J. KRAJICK**

                                                          **Clerk of Court**

                            **BY:**
                                                         **Deputy Clerk**